UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSAN TIMM,

    Plaintiff,

v.                                     Case No.  8:05-cv-1699-T-24 EAJ

PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE
COMPANY,

    Defendant.
_____/

## **O R D E R**

    This cause comes before the Court for consideration of the Mediator's telephonic notice that the matter has settled.  Having considered the Mediator's telephonic notice, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment.  The Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions.

    **DONE AND ORDERED** at Tampa, Florida, this 30th day of March, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record